UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODIENA ALKADI,** § | |
| Plaintiff, § | CIVIL ACTION NO. |
| § | |
| **VERSUS** § | JUDGE |
| § | |
| § | MAGISTRATE JUDGE |
| **AMERICAN CANCER SOCIETY, INC.,** § | |
| Defendant. § | JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Defendant American Cancer Society, Inc. (hereinafter referred to as "Defendant"), and without waiving any of its defenses or objections, removes to this Court the Petition filed on behalf of Plaintiff Rodiena Alkadi entitled *Rodiena Alkadi v. American Cancer Society, Inc.*, Civil Suit No. 686961, Sec 21, pending in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana. As the basis for removal, Defendant represents that:

1.

On August 27, 2019, a Petition entitled *Rodiena Alkadi v. American Cancer Society, Inc.*, Civil Suit No. 686961, Sec 21, was filed on behalf of Plaintiff Rodiena Alkadi. in the 19th Judicial District Court for the Parish of East Baton Rouge, which is within the Middle District of Louisiana. Venue is proper in the Middle District of Louisiana because the civil district court action is pending within the jurisdictional confines of this District. *See* 28 U.S.C. §§ 1391(b) and 1441(a). A true and correct copy of the Petition is attached hereto behind Exhibit A.

2.

Defendant was served with the Petition on September 20, 2019. A true and correct copy of the Citation is attached hereto behind Exhibit A. Pursuant to 28 U.S.C. §1446(b), this Notice of Removal is timely filed within thirty (30) days of the date Defendant first received the Petition.

3.

In her Petition, Plaintiff asserts a claim for violation of Title VII of the Civil Rights Act, as amended, 42 U.S.C. §2000e. *See* Petition, para. 19, pg. 4. The United States District Court therefore has original jurisdiction over this action. In this regard, 28 U.S.C. §1331 states: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Inasmuch as Plaintiff is alleging a violation of Title VII, this case presents a federal question and is properly removed. Thus, the Court has original jurisdiction over the action under 28 U.S.C. §1331 and this action is removable pursuant to 28 U.S.C. §§1441 and 1446.

4.

In her Petition, Plaintiff further avers that she is domiciled in the Parish of Livingston, State of Louisiana. Plaintiff further avers that Defendant is a foreign corporation doing business in Louisiana, with its principal place of business in County of Fulton, State of Georgia. *See* Petition, para. 1 and 2, pg 1.

5.

The Court also has jurisdiction over this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. §1332, as the parties are citizens of different states and upon information and belief the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as Plaintiff's annual salary was $75,000.00 (*see* Exhibit B). Thus, this action is removable under 28 U.S.C. §1441(b) and §1446.

6.

Pursuant to 28 U.S.C. §1446(a), a copy of all pleadings and orders in the state court record, which includes "all process, pleadings, and orders served upon" Defendant, are attached hereto behind Exhibit A. These documents constitute all process, pleadings, and orders served upon Defendant in this case at the time of the filing of this removal.

7.

This Court may exercise supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367.

8.

Promptly after this notice of removal is filed, written notice thereof will be given to all adverse parties and a copy of this Notice of Removal will be filed with the clerk of the aforesaid state court to effect the removal of this civil action to this Honorable Court as provided by law.

9.

This Notice of Removal is executed pursuant to Federal Rule of Civil Procedure 11.

WHEREFORE, Defendant prays that this Notice of Removal be accepted as good and sufficient, that the aforesaid Petition be removed from the state court to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in said civil action from said state court, and thereupon proceed with this civil action as if it had originally been commenced in this Court.

Dated: October 1, 2019 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Eric R. Miller*
　　　　　　　　　　　　　　　　　　　　Eric R. Miller, T.A.
　　　　　　　　　　　　　　　　　　　　Louisiana State Bar Number 21359
　　　　　　　　　　　　　　　　　　　　THE KULLMAN FIRM APLC
　　　　　　　　　　　　　　　　　　　　4605 Bluebonnet Blvd., Suite A
　　　　　　　　　　　　　　　　　　　　Baton Rouge, Louisiana 70809
　　　　　　　　　　　　　　　　　　　　Telephone: (225) 906-4250
　　　　　　　　　　　　　　　　　　　　Facsimile: (225) 906-4230
　　　　　　　　　　　　　　　　　　　　Email: EM@kullmanlaw.com

　　　　　　　　　　　　　　　　　　　　Alexandra Navarre-Davis
　　　　　　　　　　　　　　　　　　　　Louisiana State Bar Number 35000
　　　　　　　　　　　　　　　　　　　　THE KULLMAN FIRM
　　　　　　　　　　　　　　　　　　　　1100 Poydras Street, Suite 1600
　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70163
　　　　　　　　　　　　　　　　　　　　T: 504-524-4162
　　　　　　　　　　　　　　　　　　　　F: 504-596-4189
　　　　　　　　　　　　　　　　　　　　Email: AND@kullmanlaw.com

　　　　　　　　　　　　　　　　　　　　**COUNSEL FOR DEFENDANT,**
　　　　　　　　　　　　　　　　　　　　**AMERICAN CANCER SOCIETY, INC.**

## CERTIFICATE OF SERVICE

　　　　I hereby certify that on the 1st day of October, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

　　　　G. Karl Bernard
　　　　KARL BERNARD & ASSOCIATES, LLC
　　　　Email: karl.bernard@karlbernardlaw.com
　　　　*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　*/s/ Eric R. Miller*
　　　　　　　　　　　　　　　　　　　　**ERIC R. MILLER**